%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI, HHS, VA, FDA, DCIS

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: Patrick Fabian    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: (City & State) Lake Elmo, MN 55042

Birth date (Yr only): 1967   SSN (last4#): 5566   Sex M   Race: Caucasian   Nationality: U.S.

Defense Counsel if known: Frank LIbby    Address: 399 Boylston Street

Bar Number: ____    Boston, MA 02116

**U.S. Attorney Information:**

AUSA: Sara Miron Bloom, Patrick Callahan    Bar Number if applicable: 552351 (Bloom)

Interpreter: ☐ Yes ☑ No    List language and/or dialect: ____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 18

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/8/2015    Signature of AUSA: /s/ Sara Bloom

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Patrick Fabian

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy | 1 |
| Set 2 | 15 U.S.C. 77(7), 78ff | Securities Fraud | 2-4 |
| Set 3 | 18 U.S.C. 1343 | Wire Fraud | 5-8 |
| Set 4 | 18 U.S.C. 331(a), 333 | Food, Drug & Cosmetic Act Violations | 9-18 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI, HHS, VA, FDA, DCIS

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** William Facteau    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) 67 ROSEWOOD DR

**Birth date (Yr only):** 1970    **SSN (last4#):** 3767    **Sex** M    **Race:** Caucasian    **Nationality:** U.S.

**Defense Counsel if known:** Leo Cunningham    **Address** 650 Page Mill Road

**Bar Number** _____    Palo Alto, CA 94304

### U.S. Attorney Information:

**AUSA** Sara Miron Bloom, Patrick Callahan    **Bar Number if applicable** 552351 (Bloom)

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 18

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/8/2015    **Signature of AUSA:** _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   William Facteau

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy | 1 |
| Set 2 | 15 U.S.C. 77(7), 78ff | Securities Fraud | 2-4 |
| Set 3 | 18 U.S.C. 1343 | Wire Fraud | 5-8 |
| Set 4 | 18 U.S.C. 331(a), 333 | Food, Drug & Cosmetic Act Violations | 9-18 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011